**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICHAEL KAPINOS,

    Plaintiff,

v.   Case No. 6:21-cv-664-WWB-LHP

ON POINT ALL SERVICES, LLC.,

    Defendant.

---

## **ORDER**

THIS CAUSE is before the Court on the parties' Stipulation for Dismissal Without Prejudice (Doc. 25), filed August 31, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on September 1, 2022.

*[signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record